## JOHN S. ROBY *versus* SAMUEL ABBOTT

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 200; (2) rule for remand by procedendo *p. 242; (3) remand rescinded *p. 250; (4) continued *p. 260; (5) jury impaneled *p. 321; (6) witnesses sworn *p. 321; (7) witnesses attached, excused, sworn *p. 321; (8) motion for nonsuit overruled *p. 322; (9) witnesses sworn *p. 322; (10) constable sworn to attend jury *p. 322; (11) verdict *p. 322; (12) attendance of witnesses proved *p. 322; (13) motion in arrest of judgment *p. 327; (14) judgment *p. 378.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) notice of taking depositions, depositions of Ambrose Davenport and John Dousman; (5) recognizance and bail piece; (6) declaration; (7) plea of non assumpsit and demand for bill of particulars; (8) bill of particulars; (9) precipe for subpoena; (10–13) subpoenas; (14) attachment for Smith Knapp, David C. McKinstry and William Keith; (15) panel of jurors; (16) motion for nonsuit; (17) verdict; (18) precipe for ca. sa.; (19) writ of ca. sa. and return; (20–21) statements of accounts; (22) receipt for goods received; (23–24) accounts of sales; (25) copy of letter from Roby to Abbott; (26) letter from Roby to Abbott.

*1821 Calendar*, MS p. 35. Recorded in *Book B*, MS pp. 86–91.